**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00105-CV**
_____

**ROBERT BAILIE, Appellant**

**V.**

**ALLSTATE INDEMNITY COMPANY, RYAN MCALISTER, AND ALLEN COLBERT, Appellees**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 18-08-11589-CV**

**MEMORANDUM OPINION**

Appellant filed a motion to dismiss this appeal. This motion appears to be voluntarily made by Appellant, and it was filed prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

1

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on August 7, 2019
Opinion Delivered August 8, 2019

Before McKeithen, C.J., Kreger and Johnson, JJ.